Louis Schewe, *Appellant, v.* John Mulvey, *Respondent.* — Judgment affirmed.    Opinion by Smith, P. J.

Louisa C. Smith, *Appellant, v.* James Mooney, *Respondent.* — Judgment affirmed.    Opinion by Smith, P. J.

Benjamin C. Nottingham, *Respondent, v.* Maggie Clark, *Appellant.* — Judgment affirmed.    Opinion by Smith, P. J.

George A. Coe, *Respondent, v.* David Bearup, *Appellant.* — Judgment affirmed, with costs.    Opinion by Smith, P. J.

J. Dupha Reeves, *Trustee,* and others, *Appellants, v.* Edwin K. Burnham and others, *Respondents.* — Judgment appealed from reversed, and judgment ordered in favor of the plaintiffs adjudging the trust valid and directing an injunction as prayed for in the complaint, with costs.    Opinion by Smith, P. J.

Elizabeth A. S. Reed, *Appellant, v.* Phoebe Ann Davis, *Respondents, Impleaded, etc.* — Judgment and order reversed and demurrers overruled with leave to defendants to withdraw their demurrers and to answer upon payment of one bill of costs of the demurrers and of this appeal.    Opinion by Hardin, J.

William H. Vosburgh, *Respondent, v.* The Lake Shore and Michigan Southern Railroad Company, *Appellants.* — Motion for a new trial denied and judgment ordered for the plaintiff upon the verdict.    Opinion by Hardin, J.

Mary E. Mosher, *Appellant, v.* The City of Auburn, *Respondent.* — Judgment affirmed.    Opinion by Hardin, J.

Thomas Hunter, *Respondent, v.* Thomas Reed, *Appellant.* — Judgment affirmed.    Opinion by Hardin, J.

Moses Parsons, *as Executor, etc., Respondent, v.* Robert Riby, Jr., *Appellant.* — Judgment affirmed.    Opinion by Hardin, J.

Alonzo B. Raymond and others, *Appellants, v.* Henry S. Elmore, *Respondent.* — Judgment reversed and a new trial ordered before another referee, with costs to abide the event, unless the defendant shall stipulate to reduce the judgment $831.45, and the interest thereon from the 19th day of November, 1878, in which event the judgment as so modified is affirmed, with costs to the appellant.    Opinion by Hardin, J.

Harrison S. Matteson, *Respondent, v.* Alvin H. Hall, *Appellant.* — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.    Opinion by Hardin, J.

Abram Ladue, *Respondent, v.* Charles B. Nichols, *Appellant.* — Motion for new trial granted, costs to abide event.    Opinion by Hardin, J.

Rose Rehwald, *Plaintiff, v.* The Mutual Life Insurance Company of New York, *Defendant.* — Motion for a new trial granted, costs to abide the event.    Opinion by Hardin, J.